# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Victor Martinez Sandoval, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 26-cv-264 KMM/EMB |
| Kristi Noem, Executive Office for Immigration Review, Pamela Bondi, Immigration and Customs Enforcement, Todd Lyons, David Easterwood, U.S. Department of Homeland Security, United States Citizenship and Immigration Services, | |
| Respondents. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for a writ of habeas corpus is GRANTED.
2. The Court DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS respondents from denying release or other relief on the basis that he is subject to such mandatory detention.
3. The Court ORDERS Respondents to immediately release Victor M.S. Such release shall be on the same terms and conditions that governed Victor M.S. status previously, if there were conditions of release imposed.
4. Finally, the Court ORDERS Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred.

Date: 1/18/2026                                                                                       KATE M. FOGARTY, CLERK