UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Victor M.S., | No. 26-264 (KMM/EMB) |
| Petitioner, | |
| v. | **ORDER** |
| Noem, et al., | |
| Respondents. | |

This matter is before the Court on Petitioner Victor M.S.'s status report dated January 20, 2026, in which he asks the Court to order Respondents "to return [his] identity documents and release him from ankle monitoring supervision." (Dkt. 11 at 2.) Respondents have not filed a response.

First, the Court orders Respondents to lift the conditions imposed upon Victor M.S. at the time of his release, including ankle monitoring. According to Victor M.S., "[s]upervision under ankle monitoring was not a condition previously imposed" on him, which means imposing that condition now violates the Court's previous order for Respondents to release Petitioner "on the same terms and conditions that governed [him] . . . previously[.]" (Dkt. 6 ¶ 3.)

Second, as to Victor M.S.'s property, Respondents are ordered to advise the Court about their efforts to return his property within 48 hours, or by **5 pm on February 12, 2026**.

**ORDER**

Based on the above, and on the full record before the Court, **IT IS HEREBY ORDERED THAT:**

1. The Court **ORDERS** Respondents to lift any conditions of Petitioner's release that were not previously imposed, including supervision under ankle monitoring.

1

2. The Court **ORDERS** Respondents to file an update on the docket **by 5 pm on February 12, 2026** about their efforts to return Petitioner's property, including his identity documents.


Date: February 10, 2026                                     *s/Katherine M. Menendez*
                                                            Katherine M. Menendez
                                                            United States District Judge